## United States District Court
## District of New Hampshire



U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2015 MAR 18  A 11: 35

__HAVERSTICK__
Plaintiff

v.

__N.H.S.P. WARDEN ET AL.__
Defendant(s)

Civil Action No. _____
(To be provided by Clerk's Office)

**TO BE COMPLETED BY PLAINTIFF**
(Check One Only)
(X) DEMAND FOR JURY TRIAL
( ) NO JURY TRIAL DEMAND

## *COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C § 1983*

I. Parties

A. Please provide the following information for each plaintiff:

1. Name __HAVERSTICK__   __DAVIAN__   __L__
   (Last)          (First)        (Initial)

2. Place of Detention __N.H.S.P. MEN Concord__

3. Institutional Address __P.o. Box 14  Concord NH 03301__

4. Are you incarcerated pursuant to a pretrial detention order or are you a sentenced inmate?

   ☐ Pretrial Detention Order
   ☒ Sentenced Inmate

5. Date pretrial detention order was issued or sentence imposed __MAY 5th 2014__

B. Please provide the full name, current title and address known for each defendant:

1. Name  **GERRY**          **Richard**          **M**
         (Last)              (First)              (Initial)

2. Title  **WARDEN**

3. Address  **P.O. Box 14 Concord NH**

**03301**

(If the complaint is being made against more than one defendant, please attach additional sheets listing the above information and allegations as follows.)

II. Statement of Claim

For each claim, please include the following information on attached sheets:

1. State which of your federal constitutional or federal statutory rights have been violated.

2. State which defendant(s) have violated that particular right for each allegation.

3. State, with specificity, the facts and circumstances that gave rise to the violations or deprivations alleged.

4. State the harm or damage that resulted from the alleged violation or deprivation.

Allegation 1: **Vio. 8Th Ammendment / Free from Cruel and unusual punnishment**

Supporting Facts: **Plaintiff has requested Dentures from dental dept. and has been denighed. Plaintiff has described in detail to dental and medical that he has undured great pain in consumming and digesting food due to his inability to properley chew his food.**

**SEE Attached Requests & other documents Relevent to the Allegations.**

Allegation 2: <u>Denial of proper Medical Care</u>

Supporting Facts: Plaintiff has requested dental treatment in the form of dentures. Dental dept. has told Plaintiff that he does not qualify for dental treatment/Dentures untill he has served at least five (5) years at N.H.S.P.

Allegation 3: <u>Equal protection.</u>

Supporting Facts: Other inmates retutinely recive dental care and the Prison provides dentures to inmates; however refuses to in the Plaintiffs case.

(If more space is needed to explain any allegation or to list additional facts, attach additional pages)

III. <u>Relief</u>

You must request specific relief in your Complaint. State briefly exactly what you want the court to do for you (attach additional pages if necessary):

* Temp. injunction ordering the Prisons dental Dept. to fit Plaintiff and make for Plaintiff a complete set of Dentures.
* Per. injunction ordering the Prisons dental Dept. provide continued dental and medical care for Plaintiff.
* Punitive Damages, Damages for Pain and suffering, Nomminal damages
* All other Just relief as ordered by this court.

Date: 3/16/15

_____
Signature of Plaintiff

USDCNH-11 (Rev. 5/13)(previous editions obsolete)                               Page 5

_____

State of New Hampshire        ]
                              ]    ss
County of _____     ]


_____, being first duly sworn, upon oath, presents that (s)he has read and subscribed to the foregoing complaint, and states that the information contained therein is true and correct.


Subscribed and sworn before me this _____ day of _____, 20___..


_____
Notary Public/Justice of the Peace

**O R**

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING INFORMATION IS TRUE AND CORRECT.

_3-16-15_____          _____
DATE                              SIGNATURE

_____

### JURY TRIAL DEMAND

I demand a jury trial for all claims for which a jury trial is allowed.

YES (X)    NO (__)
**(check one only)**

Date: _3-16-15_          _____
                          Signature of Plaintiff

USDCNH-11 (Rev. 5/13)(previous editions obsolete)                Page 6

## INMATE REQUEST SLIP

Submit this request to the Unit Supervisor, Security Lieutenant, or CC/CM. Your Unit Supervisor, Security Lieutenant, or CC/CM will help you resolve the issue or it will be forwarded to the appropriate person. Unit Supervisor, Security Lieutenant, or CC/CM will be forwarded to you.

TO: Unit Supervisor, Security Lieutenant, CC/CM     DATE: 11-5-14

FROM: Haverstick    Davian    L     ID #: S9343
     Last Name     First Name     Middle Initial

Concord     MCS 1-B     12B     A
Facility     Housing Unit     Cell     Work/Shift

INMATE REQUEST: Requesting an appointment to be seen By a dentist, I would like to have false teeth, Seeing that I currently don't have any teeth at all. I've had issue eating certain things Because of my Gums. Please help me. Thank you

*Inmate Signature*

(If you need more space, use plain paper.)

TO: Dental / Appointment     DATE: 11-5-14

FROM: Unit Supervisor, Security Lieutenant or CC/CM

REMARKS: Please Assist

*Staff Signature*

***

FROM: dental     DATE: 11/14/14
Staff Member Name/Office

REMARKS: You were told @ your dental intake that you did not qualify for dentures.

*Staff Signature*

Received By _____ *Inmate Signature*

White - Offender Records Office     Yellow - Inmate     Pink - Staff     SP-014 (a) Rev. 11/06

## INSTRUCTIONS

This form will be used by inmates of the New Hampshire Department of Corrections Facilities in Concord, Lakes Region, Goffstown, Berlin and Community Corrections Centers to communicate requests/issues to members of the Department of Corrections staff. Inmates serving sentences at other than New Hampshire State Prison Facilities may use stationery rather than inmate request slips.

The Yellow and White copies will be returned to you with a response. You must acknowledge receiving this response by signing the White original, which will then be returned to Offender Records for storage in archives for 3 years, after which it will be destroyed.

**The Yellow copy is YOUR copy. Please keep this for your records. This is your receipt of the request.**

Distribution of copies of this form: Give ALL copies to the Unit Supervisor, Security Lieutenant, or CC/CM.

## ADDRESS YOUR REQUEST AS FOLLOWS

Give all requests to your Unit Supervisor, Security Lieutenant, or CC/CM for prompt attention.

Strictly Confidential Requests may be placed in a sealed envelope and addressed to the appropriate staff member or Office(Commissioner, Warden, Bureau Administration, Investigations). If it is determined that your request could have been handled by a different party, it will be returned to your Unit Supervisor, Security Lieutenant, or CC/CM.

## IMPORTANT

**DO NOT** send requests written on other forms/paper. You **MUST USE THIS FORM** when communicating with staff. Other written forms will be returned unanswered.

RECEIVED
DEC 22 2014
NH DOC

## INMATE REQUEST SLIP

Submit this request to the Unit Supervisor, Security Lieutenant, or CC/CM. Your Unit Supervisor, Security Lieutenant, or CC/CM will help you resolve the issue or it will be forwarded to the appropriate person. Unit Supervisor, Security Lieutenant, or CC/CM will be forwarded to you.

TO: Unit Supervisor, Security Lieutenant, CC/CM          DATE: Dec 21, 2014

FROM: __Haverslick       Davian         L__           ID #: __59343__
       Last Name        First Name    Middle Initial

__Concord__        __South__         __1-B  5B__            __A__
Facility          Housing Unit        Cell              Work/Shift

INMATE REQUEST: Sir you responded to A grievance addressed to the Commissioner dated Dec 17, 2014, Regarding the prison dental department Refusing to provide Adequate dental care to whit! Complete Dentures! you [redacted] Sir Answered said grievance and Stated. "We Support the former medical director's decision." Is your Response the official Response of the Commissioner himself?

(If you need more space, use plain paper.)

                                            _[signature]_
                                            Inmate Signature

TO: __Chris Kench__                         DATE: __Dec 21, 2014__

FROM: Unit Supervisor, Security Lieutenant or CC/CM

REMARKS: _____

                                            Staff Signature

***

FROM: __Chris Kench, Office of the Commissioner__   DATE: __12/22/14__
      Staff Member Name/Office

REMARKS: __Yes.__

                                            Staff Signature
                                            Received By _[signature]_
                                            Inmate Signature

White - Offender Records Office   Yellow - Inmate   Pink - Staff   SP-014 (a) Rev. 11/06

## INSTRUCTIONS

This form will be used by inmates of the New Hampshire Department of Corrections Facilities in Concord, Lakes Region, Goffstown, Berlin and Community Corrections Centers to communicate requests/issues to members of the Department of Corrections staff. Inmates serving sentences at other than New Hampshire State Prison Facilities may use stationery rather than inmate request slips.

The Yellow and White copies will be returned to you with a response. You must acknowledge receiving this response by signing the White original, which will then be returned to Offender Records for storage in archives for 3 years, after which it will be destroyed.

**The Yellow copy is YOUR copy. Please keep this for your records. This is your receipt of the request.**

Distribution of copies of this form: Give ALL copies to the Unit Supervisor, Security Lieutenant, or CC/CM.

## ADDRESS YOUR REQUEST AS FOLLOWS

Give all requests to your Unit Supervisor, Security Lieutenant, or CC/CM for prompt attention.

Strictly Confidential Requests may be placed in a sealed envelope and addressed to the appropriate staff member or Office(Commissioner, Warden, Bureau Administration, Investigations). If it is determined that your request could have been handled by a different party, it will be returned to your Unit Supervisor, Security Lieutenant, or CC/CM.

## IMPORTANT

**DO NOT** send requests written on other forms/paper. You **MUST USE THIS FORM** when communicating with staff. Other written forms will be returned unanswered.

# GRIEVANCE FORM
(See Reverse For Instructions)

DEPARTMENT OF CORRECTIONS
STATE OF NEW HAMPSHIRE
P.O. BOX 14
CONCORD, NEW HAMPSHIRE  03302



RECEIVED
DEC 18 2014
NH DOC
COMMISSIONER'S OFFICE

JOHN H. LYNCH
GOVERNOR

STEPHEN J. CURRY
COMMISSIONER

1. Date: Dec 17, 2014
2. GRIEVANT: Haverstick Davian
3. Number: 59343
4. Address: NH State Prison
5. Brief Description of Grievance: I do not agree with Helen Hanks decision. I met with the dietian which is no help at all. Being able to chew my food properly or be able to digest properly is indeed a medical issue, that can further medical problems down the road. Just because I came into prison without teeth it shouldn't bar me from receiving dentures while incarcerated. This is discrimination on the facts that I'm not carrying 5 or more years. Thank you for your time.

Signature: Davian Haverstick

(You will be penalized if statement is untrue)

(Use Attachments if necessary.)

---

To:  **DIRECTOR** (Warden)     Date of Director's Action: _____

Director's Action: _____

Authentication: _____

---

To:  **COMMISSIONER**     Date of Commissioner's Action: 12/18/14

Commissioner's Action: We support the former Medical Director's decision.

Authentication: [signature]

(FORWARD ALL THREE COPIES.  WHITE WILL BE FILED IN OFFENDER RECORDS, CANARY TO RESPONDER AND PINK TO GRIEVANT.)

SP-52

## INSTRUCTIONS FOR USE OF GRIEVANCE FORM

1. Fill in date sent.

2. Fill in your name.

3. Fill in your number; for prisoners, and parolees your prison number; for probationers your social security number or driver's license number.

4. Prisoners fill in your housing assignment; others your mailing address.

5. Briefly describe your grievance. Use additional blank pages or attachments if necessary. Provide enough information so that the recipient can understand the problem.

6. Sign the form. You are cautioned that if investigation of your grievance discloses that you were untruthful or misrepresented the facts, you will be disciplined for that violation.

7. The form MUST be sent to the Warden if you are a prisoner. Parolees and probationers MUST send the form to the Director of Field Services. The Warden or Director of Field Services will respond within fifteen (15) working days of receipt of the form. If resolution or investigation will take longer than 15 days, you will be provided an interim reply.

8. If the response from the Warden or the Director of Field Services does not resolve the issue satisfactorily, you may then file the grievance with the Commissioner. The Commissioner will respond within twenty (20) days with a final or interim reply.

9. Prisoners MUST use request slips to attempt to resolve issues prior to submitting a grievance. Grievances will not be accepted unless it is demonstrated that request slips have not worked or unless the grievance is a bonafide emergency or life-threatening situation. Attempts to by-pass the request slip system will simply be returned without action unless the grievance clearly shows earlier attempts to use the request slip system or that the situation is a bonafide emergency or life-threatening.

10. Grievances sent to the Commissioner by prisoners without evidence of the Warden's earlier action will be returned without action.

11. The grievance form may be used for second level appeals of disciplinary board results at the prison if the original appeal on a request slip was rejected in whole or in part under the following rules:

    a. Only two types of appeals are grievable: (a) allegations of procedural violations stating what procedural or process errors were made; or, (b) allegations of sentence disproportionateness alleging that the sentence was excessive and stating the reasons why.

    b. Questions relating to guilt or innocence or insufficiency or invalidity of evidence are NOT grievable at the second level (but they may be appealed at the first level on a request slip).

    c. Minor board results may be appealed to the Administrator of Security on a request slip. If the Administrator's response does not satisfy the inmate he may appeal to the Warden on a grievance form. The Warden's response on a minor board is <u>final</u>.

    d. Major board results may be appealed to the Warden on a request slip. If the Warden's response does not satisfy the inmate he may appeal to the Commissioner on a grievance form. The Commissioner's response on a major board is <u>final</u>.

    e. Appeals must state clearly what is being appealed and the reasoning upon which the appeal is based.

# GRIEVANCE FORM
(See Reverse For Instructions)

DEPARTMENT OF CORRECTIONS
STATE OF NEW HAMPSHIRE
P.O. Box 14
CONCORD, NEW HAMPSHIRE  03302



JOHN H. LYNCH
GOVERNOR

STEPHEN J. CURRY
COMMISSIONER

1. Date: Nov 15, 2014
2. GRIEVANT: Haverstick, Davian
3. Number: 59343
4. Address: NH State Prison
5. Brief Description of Grievance: I'm Being denied false teeth. It has Been causing my gums to bleed, I'm not able to chew any food properly, digesting food is just another example. I was informed that I don't qualify for dentures for too Reasons, my prison Sentence is less than 5 yrs and that I never had any work done in my mouth in prison. This is discrimination. Please help me. Thank you.

Signature: _____
(You will be penalized if statement is untrue)

(Use Attachments if necessary.)

---

To: **DIRECTOR** (Warden)                Date of Director's Action: 11/18/14

Director's Action: Dear Mr. Haverstick: Review of your dental record indicates you entered prison on 5/15/14. Your dental intake in May 2014 shows a history of edentulous since 2011, a condition prior to prison admission. By policy dentures will be provided when a nutritional deficiency exists. Dr. Dransite has ordered a dietary consultation to assess your nutritional status to determine if you qualify under the policy. The dietician may also offer you an altered diet to assist with your chewing.

Respectfully,

Helen Hanks, MM

Authentication: _____

---

To: **COMMISSIONER**                     Date of Commissioner's Action: _____

Commissioner's Action: _____

Authentication: _____

(FORWARD ALL THREE COPIES. WHITE WILL BE FILED IN OFFENDER RECORDS, CANARY TO RESPONDER AND PINK TO GRIEVANT.)

SP-52

## INSTRUCTIONS FOR USE OF GRIEVANCE FORM

1. Fill in date sent.

2. Fill in your name.

3. Fill in your number; for prisoners, and parolees your prison number; for probationers your social security number or driver's license number.

4. Prisoners fill in your housing assignment; others your mailing address.

5. Briefly describe your grievance. Use additional blank pages or attachments if necessary. Provide enough information so that the recipient can understand the problem.

6. Sign the form. You are cautioned that if investigation of your grievance discloses that you were untruthful or misrepresented the facts, you will be disciplined for that violation.

7. The form MUST be sent to the Warden if you are a prisoner. Parolees and probationers MUST send the form to the Director of Field Services. The Warden or Director of Field Services will respond within fifteen (15) working days of receipt of the form. If resolution or investigation will take longer than 15 days, you will be provided an interim reply.

8. If the response from the Warden or the Director of Field Services does not resolve the issue satisfactorily, you may then file the grievance with the Commissioner. The Commissioner will respond within twenty (20) days with a final or interim reply.

9. Prisoners MUST use request slips to attempt to resolve issues prior to submitting a grievance. Grievances will not be accepted unless it is demonstrated that request slips have not worked or unless the grievance is a bonafide emergency or life-threatening situation. Attempts to by-pass the request slip system will simply be returned without action unless the grievance clearly shows earlier attempts to use the request slip system or that the situation is a bonafide emergency or life-threatening.

10. Grievances sent to the Commissioner by prisoners without evidence of the Warden's earlier action will be returned without action.

11. The grievance form may be used for second level appeals of disciplinary board results at the prison if the original appeal on a request slip was rejected in whole or in part under the following rules:

    a. Only two types of appeals are grievable: (a) allegations of procedural violations stating what procedural or process errors were made; or, (b) allegations of sentence disproportionateness alleging that the sentence was excessive and stating the reasons why.

    b. Questions relating to guilt or innocence or insufficiency or invalidity of evidence are NOT grievable at the second level (but they may be appealed at the first level on a request slip).

    c. Minor board results may be appealed to the Administrator of Security on a request slip. If the Administrator's response does not satisfy the inmate he may appeal to the Warden on a grievance form. The Warden's response on a minor board is final.

    d. Major board results may be appealed to the Warden on a request slip. If the Warden's response does not satisfy the inmate he may appeal to the Commissioner on a grievance form. The Commissioner's response on a major board is final.

    e. Appeals must state clearly what is being appealed and the reasoning upon which the appeal is based.