UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Davian L. Haverstick</u>

v.

Civil No. 15-cv-094-PB

<u>New Hampshire State Prison</u>
<u>Warden Richard Gerry, et al.</u>

# **J U D G M E N T**

In accordance with the following, judgment is hereby entered:

1. Order by Judge Paul Barbadoro dated March 10, 2016, granting in part and denying in part defendants' Motion for Summary Judgment; and

2. Order by Judge Paul Barbadoro dated August 25, 2016, granting defendants' Motion for Reconsideration, denying plaintiff's Motion for Reconsideration, and vacating the March 10, 2016, Order, in part.

By the Court,

 /s/ Daniel J. Lynch
Daniel J. Lynch
Clerk of Court

Date: August 26, 2016

cc:   Davian L. Haverstick, Pro Se
      Francis Charles Fredericks, Esq.
      Kenneth A. Sansone, Esq.