# United States Court of Appeals
## For the First Circuit

No. 16-2180

DAVIAN L. HAVERSTICK

Plaintiff - Appellant

v.

RICHARD M. GERRY, Former Warden, NH State Prison, in both his individual and official capacities; HELEN HANKS, Former Director of NH State Prison Health Services, in her individual capacity; WILLIAM L. WRENN, Commissioner, NH Department of Corrections, in both his individual and official capacities; CHRISTOPHER H. KENCH, in both his individual and official capacities

Defendants - Appellees

**JUDGMENT**

Entered: March 13, 2017
Pursuant to 1st Cir. R. 27.0(d)

On January 12, 2017, the court entered an order denying plaintiff-appellant's motion to stop installment payments pursuant to the Prisoner Litigation Reform Act. That motion indicated appellant wanted to "stop [his] appeal." Accordingly, the court directed appellant to respond and inform this court within thirty days, whether or not he wished to continue this appeal. Appellant was warned that failure to respond would result in dismissal of this appeal for lack of diligent prosecution.

Appellant has not responded to the court's order or requested an extension of time to do so. Accordingly, it is ordered that the above-captioned appeal be dismissed in accordance with 1st Cir. R. 3.0(b).

By the Court:

/s/ Margaret Carter, Clerk

cc:
Davian L. Haverstick
Kenneth Anthony Sansone
Francis Charles Fredericks Jr.